**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 15, 2022
Docket #: 21-400cv
Short Title: Cantero v. Bank of America, N.A.

DC Docket #: 18-cv-4157
DC Court: EDNY (BROOKLYN)
DC Judge: Mauskopf
DC Judge: Lindsay

# VERIFIED ITEMIZED BILL OF COSTS

Counsel for
_____Defendant-Appellant Bank of America, N.A._____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
_____Plaintiff-Appellee Alex Cantero_____

and in favor of
_____Defendant-Appellant Bank of America, N.A._____

for insertion in the mandate.

Docketing Fee _____$505_____

Costs of printing appendix (necessary copies ____6____) _____$326.60_____

Costs of printing brief (necessary copies ____6____) _____$236.60_____

Costs of printing reply brief (necessary copies ____6____) _____$33.75_____

**(VERIFICATION HERE)**

____/s/ Mark W. Mosier_____
Signature

| From: | ecf_bounces@nyed.uscourts.gov |
|---|---|
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 1:18-cv-04157-RRM-ARL Cantero v. Bank Of America, N.A. Civil Case Appeal Filing Fee |
| Date: | Friday, March 05, 2021 1:19:58 PM |

**[EXTERNAL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Mosier, Mark on 3/5/2021 at 1:19 PM EST and filed on 3/5/2021

**Case Name:** Cantero v. Bank Of America, N.A.
**Case Number:** 1:18-cv-04157-RRM-ARL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CIVIL CASE APPEAL FILING FEE: $ 505, receipt number ANYEDC-14251761 (Mosier, Mark)**

**1:18-cv-04157-RRM-ARL Notice has been electronically mailed to:**

Andrew Soukup asoukup@cov.com, docketing@cov.com, maony@cov.com

Bradley Forrest Silverman bsilverman@fbfglaw.com, bradsilverman@gmail.com

Daniel Tropin tropin@kolawyers.com, garcia@kolawyers.com

Gabrielle Lisa Gould ggould@goodwinlaw.com

Hassan Zavareei hzavareei@tzlegal.com, choover@tzlegal.com, mdunn@tzlegal.com, mlanahan@tzlegal.com, nporzenheim@tzlegal.com

Jeffrey Goldenberg jgoldenberg@gs-legal.com, cpence@gs-legal.com

Jonathan M. Streisfeld streisfeld@kolawyers.com, marcheco@kolawyers.com,

**RECORD PRESS, INC.**
229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



**BILL TO**                                                                 **INVOICE #** 108755
Mark W. Mosier Esq.                                                              **DATE** 06/14/2021
Covington & Burling LLP                                                      **DUE DATE** 06/29/2021
One City Center                                                                   **TERMS** Net 15
Washington, DC  20001-4926

| CAPTION | JOB # | REP |
|---|---|---|
| Cantero v Bank of America | 87198/87199 | VM |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2nd  CIRCUIT COURT OF APPEALS | | | |
| Appellant's  Brief & Appendix | | | |
| | | | |
| Appellant's Brief - 6 Copies / 68 Pages | | | |
| (1st 3 Copies - Printing, Covers & Binding) | 1 | 198.00 | 198.00 |
| Additional copies | 3 | 31.00 | 93.00 |
| | | | |
| Appendix - 5 Copies / 143 Pages | | | |
| (Includes Printing, Covers & Binding) | 143 | 2.54 | 363.22 |
| Table of Contents | 1 | 95.00 | 95.00 |
| OCR - Pages Text Searchable | 143 | 0.20 | 28.60 |
| Numbered Make Ready | 143 | 0.15 | 21.45 |
| Electronic File Upload (per upload) | 2 | 40.00 | 80.00 |
| Electronic Preparation and Review (per file) | 2 | 90.00 | 180.00 |
| | | Subtotal: | 1,059.27 |
| | | | |
| 10% Courtesy Discount | 1,059.27 | -0.10 | -105.93 |
| Paralegal Time | 3 | 120.00 | 360.00 |
| Court Filing Only | 1 | 75.00 | 75.00 |
| FedEx Shipment(s) | 1 | 21.72 | 21.72 |

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

**SUBTOTAL** 1,410.06
**TAX (0%)** 0.00
**TOTAL** 1,410.06
**BALANCE DUE** **$1,410.06**

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-invoice/

(American Express, Visa, MasterCard & Discover)

RECORD PRESS, INC.
TAX ID # 13-5654060



| | Generated | Tuesday, September 27, 2022 |
|---|---|---|
| | | at 11:22:40AM |

**Copy By Account Detail**

Client='016762' and Matter='00105' and (From: '2021-10-7' To: '2021-10-7')

| **Starting Date:** | 10/7/2021 | **Ending Date:** | 10/7/2021 | **Number of Days:** | 1 |
|---|---|---|---|---|---|

| Date | Time | UserCode | User | Count | Amount |
|---|---|---|---|---|---|
| **Location: 001:City Center** | | | | | |
| **Client: 016762: Bank of America, et al.** | | | | | |
| **Matter: 00105: Cantero Litigation** | | | | | |
| 10/7/2021 | 1:18:13PM | 11125 | | 450 | $67.50 |
| | Description: | | Transactions From | | |
| | Totals for Matter: 00105 | | | 450 | $67.50 |
| Totals for Client: 016762 | | | | 450 | $67.50 |
| | Totals for Location: 001 | | | 450 | $67.50 |

Note: The reply briefs for both Cantero and Hymes were printed in-house at Covington & Burling LLP. This invoice shows the actual cost of printing for the two cases combined. We have split the amount on each statement of cost.