# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-four.

Before:      Debra Ann Livingston,
                      *Chief Judge.*

_____

Alex Cantero, individually and on behalf of all others similarly situated,

                Plaintiff - Appellee,

                                                      **ORDER**

v.

                Plaintiff - Appellee,                 Docket No. 21-400

Bank of America, N.A.,

                Defendant - Appellant.

_____

Saul R. Hymes, Ilana Harwayne-Gidansky, on behalf of themselves and all others similarly situated,

                Plaintiffs - Appellees,            Docket No. 21-403

v.

Bank of America, N.A.,

                Defendant - Appellant.

_____

    Appellees move for a 30-day extension to file their principal briefs in the above-captioned appeals.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellees' principal briefs are due August 26, 2024; Appellants' response briefs are due September 25, 2024; reply briefs, if any, must be filed by October 2, 2024.

                                                                 For the Court**:**
                                                                 Catherine O'Hagan Wolfe,
                                                                 Clerk of Court

