UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-400

**Motion for:** An extension of time to file response brief.

**Caption [use short title]**

Cantero v. Bank of America, N.A.

**Set forth below precise, complete statement of relief sought:**

Defendant-appellant respectfully requests a 30-day extension of time to file the response brief, up to and including October 25, 2024.

**MOVING PARTY:** Bank of America, N.A.
**OPPOSING PARTY:** Alex Cantero

☐ Plaintiff  ■ Defendant
■ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lisa S. Blatt
**OPPOSING ATTORNEY:** Jonathan E. Taylor

[name of attorney, with firm, address, phone number and e-mail]

Lisa S. Blatt, Williams & Connolly LLP
680 Maine Ave. SW, Washington DC, 20024
202-434-5050, lblatt@wc.com

Jonathan E. Taylor, Gupta Wessler, LLP
2001 K St NW, Suite 850 North, Washington, DC 20006
202-888-1741; jon@guptawessler.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Eastern District of New York - Judge Mauskopf

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain):

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ✓ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No  If yes, enter date:

**Signature of Moving Attorney:**

_/s/ LSBlatt_  **Date:** 08/27/2024  **Service:** ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 21-400, 21-403

## In the United States Court of Appeals for the Second Circuit

ALEX CANTERO, individually and on behalf of all others similarly situated,
*Plaintiff-Appellee*,

v.

Bank of America, N.A.,
*Defendant-Appellant.*

SAUL R. HYMES, ILANA HARWAYNE-GIDANSKY, individually and on behalf of all others similarly situated,
*Plaintiffs-Appellees*,

v.

Bank of America, N.A.,
*Defendant-Appellant.*

Appeal from the United States District Court for the Eastern District of New York, Nos. 18-cv-2352, 18-cv-4157 (Hon. Roslynn R. Mauskopf)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

_____

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellant Bank of America, N.A. hereby moves for a 30-day extension to the briefing schedule, such that Bank of America's response brief will be due on October 25, 2024. This Court may grant an extension for good cause and already granted a 30-

1

day extension for Appellees' opening brief here. *See* Fed. R. App. P. 26(b). Appellees do not oppose this request.

In support of the motion, Appellant states the following:

1. Pursuant to the Court's Briefing Order dated July 8, 2024, Appellant's response brief is due September 25, 2024.

2. This extension is necessary because counsel will be engaged with other matters with proximate deadlines in the coming weeks, including:

- Oral argument on September 9 in *Humana Inc. v. Biogen Inc. et al.*, 1st Cir. No. 24-1012.

- A supplemental reply brief for defendants-appellees due on September 16 in *Atchley v. AstraZeneca UK Ltd.*, D.C. Cir. No. 20-7077.

- Oral argument on September 18 in *National Labor Relations Board v. Starbucks Corp.*, 3d Cir. Nos. 23-1953, 23-2241.

- A merits brief for respondent due on September 19 in *Miller v. United States*, S. Ct. No. 23-824.

- A reply brief in support of certiorari due on September 25 in *Paul v. Roy F. & Joann Cole Mitte Foundation*, S. Ct. No. 23-1313.

- A merits reply brief for petitioners due on September 27 in *Medical Marijuana, Inc. v. Horn*, S. Ct. No. 23-365.

- Oral argument on October 7 in *United States v. Vavic*, 1st Cir. No. 22-1787.

- Oral argument on October 15 in *Medical Marijuana, Inc. v. Horn*, S. Ct. No. 23-365.

- A reply brief for petitioners due on October 24 in *E.M.D. Sales, Inc. v. Carrera*, S. Ct. No. 23-217.

- Administrative-law challenges to rules that are expected to issue imminently and over the forthcoming months, and other non-public pending matters that will occupy a significant portion of time in the coming weeks.

3.  These obligations will impair the ability of Appellant's counsel to prepare the response brief in this appeal by the current deadline.

4.  The 30-day extension will not cause prejudice or unduly delay the proceedings.

Dated: AUGUST 27, 2024

Respectfully submitted,

*/s/ Lisa S. Blatt*

LISA S. BLATT
  *Counsel of Record*
SARAH M. HARRIS
AARON Z. ROPER
ERIN M. SIELAFF
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue, SW*
  *Washington, DC 20024*
  *(202) 434-5000*
  *(202) 434-5029*
  *lblatt@wc.com*

*Counsel for Defendant-Appellant Bank of America, N.A.*

4

# CERTIFICATE OF COMPLIANCE

I, Lisa S. Blatt, counsel for Defendant-Appellant Bank of America, N.A. and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A) and Federal Rule of Appellate Procedure 32(a), that the attached Motion is proportionately spaced, has a typeface of 14 points or more, and contains 353 words.

DATE: AUGUST 27, 2024

>*/s/ Lisa S. Blatt*
>LISA S. BLATT

# CERTIFICATE OF SERVICE

I, Lisa S. Blatt, certify that on August 27, 2024, a copy of the foregoing Motion was filed with the Clerk and served on all parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

*/s/ Lisa S. Blatt*
LISA S. BLATT

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Bank of America, N.A. states that it is wholly owned by BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

AUGUST 27, 2024                                             /s/ Lisa S. Blatt
                                                            LISA S. BLATT