# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-four,

Before:      Debra Ann Livingston,
            *Chief Judge,*

_____

Alex Cantero, individually and on behalf of all
others similarly situated,

         Plaintiff - Appellee,

  v.

Bank of America, N.A.,

         Defendant - Appellant.

_____

**ORDER**

Docket No. 21-400

_____

Saul R. Hymes, Ilana Harwayne-Gidansky,
on behalf of themselves and all others similarly situated,

         Plaintiffs - Appellees,

  v.

Bank of America, N.A.,

         Defendant - Appellant.

Docket No. 21-403

_____

Appellant moves for a 30-day extension until October 25, 2024 to file its response brief in the above-captioned appeals.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's response brief is due October 25, 2024. Appellees' reply brief is due November 1, 2024.

         For the Court:
         Catherine O'Hagan Wolfe,
         Clerk of Court

