UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-400-cv

**Caption [use short title]**

**Motion for:** AN EXTENSION OF TIME TO FILE REPLY BRIEF

Cantero v. Bank of America, N.A.

**Set forth below precise, complete statement of relief sought:**

Plaintiff-appellee Alex Cantero respectfully requests a 14-day extension of time to file his reply brief, up to and including November 15, 2024.

**MOVING PARTY:** Alex Cantero  **OPPOSING PARTY:** Bank of America, N.A.

☒ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** Jonathan E. Taylor  **OPPOSING ATTORNEY:** Lisa S. Blatt

[name of attorney, with firm, address, phone number and e-mail]

Jonathan E. Taylor, Gupta Wessler LLP
2001 K St NW, Suite 850 North, Washington, DC 20006
202 888 1741; jon@guptawessler.com

Lisa S. Blatt, Williams & Connolly LLP
680 Maine Ave. SW, Washington DC, 20024
202 434 5050; lblatt@wc.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Eastern District of New York - Judge Mauskopf

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ✔ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
_/s/ Jonathan E. Taylor_ **Date:** 10/29/2024 **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 21-400-cv

## In the United States Court of Appeals for the Second Circuit

―――――――――――――――

ALEX CANTERO,

*Plaintiff-Appellee,*

v.

BANK OF AMERICA, N.A.,

*Defendant -Appellant.*

―――――――――――――――

On Appeal from the United States District Court
for the Eastern District of New York (Brooklyn)
Case No. 18-cv-4157 (The Hon. Roslynn Mauskopf)

―――――――――――――――――――――――――――――――

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**

―――――――――――――――――――――――――――――――

Plaintiff-appellee Alex Cantero respectfully requests a 14-day extension of time to file his reply brief, up to and including November 15, 2024. This is his first extension request for this filing. The defendant-appellant does not oppose this request.

1. There is good cause for this request. Lead appellate counsel for the plaintiff-appellee, Jonathan E. Taylor, has several pressing obligations that have taken up and will continue to take up substantial time over the next few weeks. Among other things, Mr. Taylor and his colleagues have multiple merits briefs due in the

U.S. Supreme Court over the next several weeks, including a principal brief due in *McLaughlin Chiropractic Association v. McKesson Corp.*, No. 23-1226, on November 18. In addition, Mr. Taylor is responsible for preparing multiple briefs in other complex appeals over the next few weeks, including an opening brief due in the Seventh Circuit in *BD v. Samsung*, No. 24-2444, on November 14, and a reply brief due in the First Circuit in *Conti v. Citizens Bank*, No. 21-1770, on November 18. Mr. Taylor is also playing a key role in helping his colleague Deepak Gupta, the other appellate counsel in this appeal, prepare for an upcoming oral argument in the U.S. Supreme Court in *NVIDIA Corp. v. E. Ohman J:or Fonder AB*, No. 23-970, on November 13. Given these deadlines, counsel will not be able to adequately prepare a response to the defendant-appellant's brief, which it filed two business days ago, absent the requested extension.

2. No prejudice will result to either party by the granting of this request.

For the foregoing reasons, the plaintiff-appellee respectfully requests a 14-day extension of time to file his reply brief, up to and including November 15, 2024.

Respectfully submitted,

*/s/ Jonathan E. Taylor*
DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
jon@guptawessler.com

October 29, 2024                    *Counsel for Plaintiff-Appellee*

2

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 285 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

October 29, 2024                               */s/ Jonathan E. Taylor*
                                               Jonathan E. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor