# In the United States Court of Appeals for the Second Circuit

No. 21-400

ALEX CANTERO, individually and on behalf of all others similarly situated,
*Plaintiff-Appellee,*

v.

BANK OF AMERICA, N.A.,
*Defendant-Appellant.*

## NOTICE OF WITHDRAWAL OF ANNA C. HAAC AS COUNSEL

Please take notice that Anna C. Haac, an attorney of record for Plaintiff Alex Cantero, hereby withdraws her appearance as counsel in this matter because she is no longer employed with the firm Tycko & Zavareei LLP. Plaintiff Alex Cantero will continue to be represented by other counsel of record at this firm.

    Respectfully submitted,

    */s/ Hassan A. Zavareei*
    HASSAN ZAVAREEI
    TYCKO & ZAVAREEI LLP
    2000 Pennsylvania Ave NW
    Suite 1010
    Washington, DC 20006
    (202) 973-0900
    hzavareei@tzlegal.com

August 15, 2025      *Counsel for Plaintiff-Appellee*

1

# CERTIFICATE OF COMPLIANCE

I, Hassan A. Zavareei, counsel for Plaintiff Alex Cantero and a member of the Bar of this Court, certify that, on August 15, 2025, a copy of the attached Notice for Withdrawal of Counsel was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

August 15, 2025                                           */s/ Hassan A. Zavareei*
                                                          Hassan A. Zavareei